**STATE of Missouri, Respondent,**

v.

**Darren R. MILLS, Appellant.**

**No. ED 103594**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: April 25, 2017

Emmett D. Queener, Columbia, MO, for Appellant.

Joshua D. Hawley, Karen L. Kramer, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM

Darren R. Mills ("Appellant") appeals from the trial court's judgment convicting him of two counts of statutory sodomy in the first degree, in violation of Section 566.062 (RSMo Cum. Supp. 2013). The Circuit Court of Lincoln County sentenced Appellant to consecutive sentences of life in prison, after jurors returned verdicts finding Appellant guilty of both offenses.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).